**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittanie Lee Moore and Shiquan Lenneal Sanders,
Defendants,

Of whom Shiquan Lenneal Sanders is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001002

―――――――――――

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

―――――――――――

Unpublished Opinion No. 2020-UP-340
Submitted December 17, 2020 – Filed December 22, 2020

―――――――――――

**AFFIRMED**

―――――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Heather Marie Moore, of Axelrod & Associates, PA; and Michael Julius Schwartz, of Russell B. Long, PA, both of Myrtle Beach, for the Guardian ad Litem.

_____

**PER CURIAM:**  Shiquan Lenneal Sanders appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Sanders's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.